IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-14-0235 |
| JOHN DOE | * | |
| subscriber assigned IP address 68.34.9.137, | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

The Plaintiff Malibu Media, LLC sued Defendant John Doe for copyright infringement, alleging that the Defendant used the BitTorrent file distribution network to download and distribute Plaintiff's protected works. Presently pending is the Defendant's Motion to Quash or Modify Subpoena (ECF No. 9), filed *pro se.* The parties' submissions have been reviewed and no hearing is deemed necessary. *See* Loc. R. 105.6 (D. Md. 2011). For the reasons stated below, the Defendant's Motion to Quash is DENIED.

The Plaintiff alleges that the IP address assigned to the Defendant was used to infringe fifteen of Plaintiff's copyrighted adult pornographic films between 2012 and 2014. This Court granted Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to Rule 26(f) Conference (ECF No. 9) subject to certain measures designed to protect both the right of the Plaintiff to discovery related to its colorable claims, as well as the privacy rights of the John Doe Defendant. Although in his Motion, the Defendant argues that others had access to his unsecured router and that he did not have a computer during one of the alleged

instances of infringement, his mere denial of wrongdoing is not an adequate ground to quash the subpoena. *See Malibu Media, LLC v. John Doe*, No. JKB-12-2708, 2013 WL 6577039, at *1 (D. Md. Dec. 12, 2013). Likewise, though the Defendant argues that there is "no proof of distribution," the Plaintiff is not required to prove its claim at this stage. Rather, the allegations contained in the Complaint are sufficient to warrant proceeding with discovery. As to the *pro se* Defendant's claim that Plaintiff is "bullying" him, his rights are adequately protected by the Order that has been entered in this case. This Court notes that identical Orders have been entered in similar cases in this District involving Malibu Media, and Malibu Media has complied with the Order in each case. Finally, although the Defendant argues that he is at a disadvantage because he cannot obtain free legal assistance, he has demonstrated the ability to file papers in this Court and assert arguments on his own behalf. In sum, no reason exists under Rule 45 of the Federal Rules of Civil Procedure to quash the subpoena in this case.

## CONCLUSION & ORDER

For the reasons stated above, it is hereby ORDERED this 3rd day of June 2014, that:

1. Defendant's Motion to Quash or Modify Subpoena (ECF No. 9) is DENIED; and

2. The Clerk of the Court transmit copies of this Order to the parties.

Dated: June 3, 2014

Richard D. Bennett
United States District Judge